**STATE of Missouri, Respondent,**

v.

**Ernie HATFIELD, Appellant.**

**No. WD 45220.**

Missouri Court of Appeals, Western District.

July 7, 1992.

Appeal from the Circuit Court, Schuyler County; E. Richard Webber, Judge.

Michael S. Ghidina, Moline, Ottsen, Mauz, Leggat & Shostak, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

Ernie Hatfield appeals from a conviction for trafficking in the first degree pursuant to § 195.222(7)(2), RSMo Supp.1991 for which he received a thirty year sentence. Judgment is affirmed.